IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:18cr75-HTW-LRA

BRANDON DIXON   18 U.S.C § 2241(a)(1)

**The Grand Jury charges:**

That on or about June 18, 2015, in Neshoba County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **BRANDON DIXON**, a Choctaw Indian, did knowingly cause an adult female, T.D., a Choctaw Indian, to engage in a sexual act by using force against her, to wit: the defendant made contact between the penis and the vulva and anus by the use of force, in that the defendant pushed the female down and forced the female's legs apart, by lying on top of her and forcibly penetrating her vagina and anus.

All in violation of Title 18, United States Code, Sections 13, 1153, and 2241 (a)(1).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 4th day APRIL, 2018.

UNITED STATES MAGISTRATE JUDGE